UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIE STENERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, et. al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22cv469-JO-JLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

　　　Defendants Amazon.com Services, LLC, Amazon Services Contracts, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc., moved to compel arbitration of Plaintiff Karlie Stenerson's claims. The Court held oral argument on the motion on August 31, 2022. For the reasons stated on the record at the oral argument, the Court hereby GRANTS the motion to compel arbitration [Dkt. 5] and stays the action.

　　　**IT IS SO ORDERED.**

Dated: August 31, 2022

_____
Hon. Jinsook Ohta
United States District Court